**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**In Re: Edith Spooner Dunlap**          **Case No.  17-40433-KKS**
                                                              **Chapter 7**
                                                              **Judge Specie**

      **Debtor(s)**
_____/

**REPORT AND NOTICE OF INTENTION**
**TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE**

**TO: Debtor(s), Creditors, and Parties in Interest:**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, FL. 32317, and any other appropriate person within the time allowed. If you file and serve
> a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the Trustee intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth

below:

**1) Description and Value of Property:** All Bankruptcy Estate's right, title and interest in the parcel(s) of non-exempt real property, together with any and all improvements located thereon, including any and all non-exempt appliances, window treatments and fixtures as well as any and all tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining (collectively, the "Property") more particularly described as follows:

Legal: SOUTH ONE-HALF OF TRACT 9, BLOCK "B" GROVELAND HILLS, COMMENCE AT A POINT ON THE SOUTHERLY BOUNDARY OF THE 80 FOOT RIGHT OF WAY OF BUCK LAKE ROAD (STATE RD. NO, 158) SAID POINT BEING 97.56 FETT SOUTH OF THE NORTHWEST CORNER OF SECTION 25, TOWNSHIP 1 NORTH, RANGE 1 EAST, LEON COUNTY, FLORIDA, AND RUN SOUTH ALONG THE WEST BOUNDARY OF SAID SECTION 25 A DISTANCE OF 2,610.29 FEET, THENCE SOUTH 89 DEGREES 41 MINUTES 30 SECONDS EAST 720 FEET, THENCE SOUTH 164.85 FEET TO THE POINT OF BEGINNING.
FROM SAID POB RUN THENCE SOUTH 89 DEGREES 41 MINUTES 30 SECONDS EAST 660 FEET THENCE SOUTH 164.90 FEET, THENCE NORTH 89 DEGREES 41 MINUTES 30 SECONDS WEST 660 FEET, THENCE NORTH 164.85 FEET TO THE POINT OF BEGINNING.
THE WEST 30 FEET OF SAID PROPERTY IS RESERVED FOR A ROADWAY EASEMENT.

Property Address: 1245 Groveland Hills Dr. Tallahassee, FL 32317

**2) Manner of Sale:**      Private (x )* Public Auction ( )

**3) Terms of Sale:**

    a) Purchaser(s): 1245 Groveland Hills Dr. Tallahassee Land Trust, CDC Capital Investments LLC as Trustee.

    b) "As is," "where is" with no warranties expressed or implied. This sale is subject to any known or unknown, liens, encumbrances, and Debtor's exemptions (if any), and lien held by *Fannie Mae ($250,000)*; and any such liens or encumbrances will not attach to the proceeds of this sale.

    c) Purchaser (s) shall pay all applicable State Documentary Stamps.

    d) Selling price as negotiated between the parties, $2,500.00.

| Proposed Purchaser | Sale Price | Doc. Stamps | Recording Fee | Total |
|---|---|---|---|---|
| 1245 Groveland Hills Dr. Tallahassee Land Trust, CDC Capital Investments LLC as Trustee | $2,500.00 | $1,750.00 | $18.50 | $4,268.50 |

    e) All payments shall be made to **Theresa M Bender, Trustee, and P.O. Box 14557, Tallahassee, Florida 32317.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.)* The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice. Should a timely counterbid be receive; the Trustee will schedule a telephonic meeting for the sole purpose to allow the bidding parties to compete for the highest bidder. Only parties submitting a timely bid will be authorized to participate. Failure to submit a timely bid will be considered a waiver of participation in the bidding process.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

Date: 1/24/18

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
P.O. Box 14557
Tallahassee, Florida 32317
PH: 850.205.7777
FL Bar No. 0749486
Tmbenderch7@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  EDITH SPOONER DUNLAP | CASE NO: 17-40433<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/25/2018, I did cause a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 1/25/2018

/s/ Theresa M Bender
Theresa M Bender  0749486
Theresa M Bender Trustee
P.O. Box 14557
Tallahassee, FL  32317
813 994 9598
potthast.chuck@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: EDITH SPOONER DUNLAP | CASE NO: 17-40433 |
| | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 7 <br> ECF Docket Reference No. <br> Judge: <br> Hearing Location: <br> Hearing Date: <br> Hearing Time: <br> Response Date: |

On 1/25/2018, a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/25/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Theresa M Bender Trustee
Theresa M Bender
P.O. Box 14557
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS US MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
11294
CASE 17-40433-KKS
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE
THU JAN 25 14-38-58 EST 2018

2 AMERICREDIT FINANCIAL SERVICES INC
DBA GM
P O BOX 183853
ARLINGTON TX 76096-3853

3 FEDERAL NATIONAL MORTGAGE ASSOCIATION
KAHANE  ASSOCIATES PA
CO TAJI S FOREMAN ESQ
8201 PETERS ROAD SUITE 3000
PLANTATION FL 33324-3292

4 AMERICAN EXPRESS BANK FSB
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

5 AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO TX 79998-1540

6 BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

7 CHASE CARD
ATTN CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON DE 19850-5298

8 DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

9 DISCOVER FINANCIAL
PO BOX 3025
NEW ALBANY OH 43054-3025

10 DORIS MALOY LEON COUNTY TAX COLLECTOR
ATTN TAX ADMINISTRATION DEPARTMENT
POST OFFICE BOX 1835
TALLAHASSEE FL 32302-1835

11 FEDERAL NATIONAL MORTGAGE ASSOCIATION
CO TAJI S FOREMAN ESQ
8201 PETERS ROAD SUITE 3000
PLANTATION FL 33324-3292

12 GM FINANCIAL
PO BOX 183834
ARLINGTON TX 76096-3834

13 INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

14 KAHANE  ASSOCIATES PA
8201 PETERS ROAD SUITE 3000
FORT LAUDERDALE FL 33324-3292

15 ONEMAIN
ATTN BANKRUPTCY
601 NW 2ND ST
EVANSVILLE IN 47708-1013

*DEBTOR*

16 SETERUS
ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 1047
HARTFORD CT 06143-1047

17 UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

18 EDITH SPOONER DUNLAP
2350 PHILLIPS ROAD 8104
TALLAHASSEE FL 32308-5396

19 KATHRYN A HATHAWAY
HATHAWAY LAW FIRM
PO BOX 3005
TALLAHASSEE FL 32315-3005

20 THERESA M BENDER
PO BOX 14557
TALLAHASSEE FL 32317-4557