# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

                                                            **CASE NO. 17-40433-KKS**
                                                            **CHAPTER 7**

**IN RE:**

**EDITH SPOONER DUNLAP,**
       **Debtor(s)**

_____/

### ORDER GRANTING FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION FOR RELIEF FROM STAY
### (DOC. NO. 21)

**THIS CASE** came before the Court for consideration of the Motion for Relief from Stay (Document No. 21) filed by Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America. its Successors and Assign ("Movant"). No party filed an objection within the prescribed time period, the Court considers the matter unopposed. It is

    **ORDERED:**

    1.    The Motion for Relief from Stay is GRANTED.

    2.    The automatic stay imposed by 11 U.S.C. §362 is lifted with respect to real to property located at **1245 Groveland Hills Dr, Tallahassee, Florida 32317**, and legally described as:

South One-Half of Tract 9, Block "B" Groveland Hills, Commence at a point on the Southerly boundary of the 80 foot right of way of Buck Lake Road (State Rd. No. 158) Said point being 97.56 feet South of the Northwest corner of Section 25, Township 1 North, Range 1 East, Leon County, Florida, and run South along the West boundary of said Section 25 a distance of 2,610.29 feet, thence South 89 degrees 41 minutes 30 seconds East 720 feet, thence South 164.85 feet to the point of beginning.

From said POB run thence South 89 degrees 41 minutes 30 seconds East 660 feet, thence South 164.90 feet, thence North 89 degrees 41 minutes 30 seconds West 660 feet, thence North 164.85 feet to the point of beginning.

Commonly known as: 1245 Groveland Hills Drive, Tallahassee, FL  32317

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Movant to pursue its lawful *in rem* remedies as to the property described above and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor.

4. The Movant made sufficient allegations and a request in the Motion for Relief from Stay to waive the fourteen (14) day stay requirement of Bankruptcy rule 4001(a)(3). No Objection being raised, the automatic stay shall be lifted immediately upon execution of this Order.

DONE and ORDERED on  February 6, 2018                            ,

_____
Karen K. Specie
U.S. Bankruptcy Judge

Attorney, Taji S. Foreman Esq., is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

**Order Prepared by:**

Taji S. Foreman, Esq.
Kahane & Associates, P.A.
8201 Peters Road, Ste.3000
Plantation, FL 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 372-9707

**Copies furnished to:**

Edith Spooner Dunlap
2350 Phillips Road, #8-104
Tallahassee, FL 32308

Kathryn A. Hathaway, Esq.
Hathaway Law Firm
Attorney for Debtor(s)
P.O. Box 3005
Tallahassee, FL 32315-3005

Theresa M. Bender, Trustee
P.O. Box 14557
Tallahassee, Florida 32317

United States Trustee
Northern District of Florida
110 East Park Ave, Suite 128
Tallahassee, Florida 32301