UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In Re: Edith Spooner Dunlap

                                                      Chapter 7
                                                      Case No. 17-40433-KKS

  Debtor(s).

_____/

**CONSENT ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY OF THE ESTATE PURSUANT TO <u>11 U.S.C. §363(b)(1) (DOC.32 )</u>**

**THIS CASE** came before the Court pursuant to *Trustee's Motion for Authority to Sell Real Property of the Estate Pursuant to 11 U.S.C. §363(b)(1)* (Doc.25) filed herein by Theresa M. Bender, as Trustee (hereinafter "the Trustee") under negative notice. Seterus, Inc, the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), filed an objection. The Trustee and the creditor, Seterus, Inc., consent to the entry of this order. No other party having filed an objection within the prescribed time period set forth in Local Rule 2002-2, the Court considers the matter unopposed.

It is ORDERED:

1. *Trustee's Motion for Authority to Sell Real Property of the Estate Pursuant to 11 U.S.C. §363(b)(1)* (Doc.25) (hereinafter "the Motion") is GRANTED.

2. Trustee shall be, and hereby is, authorized to sell the following described property (the "**Property**") on the following terms and conditions, with the Purchaser paying the stated costs at the closing of the sale:

Legal-   SOUTH ONE-HALF OF TRACT 9, BLOCK "B" GROVELAND HILLS, COMMENCE AT A POINT ON THE SOUTHERLY BOUNDARY OF THE 80 FOOT RIGHT OF WAY OF BUCK LAKE ROAD (STATE RD. NO, 158) SAID POINT BEING 97.56 FETT SOUTH OF THE NORTHWEST CORNER OF SECTION 25, TOWNSHIP 1 NORTH, RANGE 1 EAST, LEON COUNTY, FLORIDA, AND RUN SOUTH ALONG THE WEST BOUNDARY OF SAID SECTION 25 A DISTANCE OF 2,610.29 FEET, THENCE SOUTH 89 DEGREES 41 MINUTES 30 SECONDS EAST 720 FEET, THENCE SOUTH 164.85 FEET TO THE POINT OF BEGINNING. FROM SAID POB RUN THENCE SOUTH 89 DEGREES 41 MINUTES 30 SECONDS EAST 660 FEET THENCE SOUTH 164.90 FEET, THENCE NORTH 89 DEGREES 41 MINUTES 30 SECONDS WEST 660 FEET, THENCE NORTH 164.85 FEET TO THE POINT OF BEGINNING. THE WEST 30 FEET OF SAID PROPERTY IS RESERVED FOR A ROADWAY EASEMENT.

Property Address- 1245 Groveland Hills Dr. Tallahassee, FL 32317

| Purchaser | Sale Price | Doc Stamps. | Recording Fee | Total Due |
|---|---|---|---|---|
| 1245 Groveland Hills Dr. Tallahassee Land Trust, CDC Capital Investments LLC as Trustee | $2,500.00 | $1,750.00 | $18.50 | $4,268.50 |

3. The sale of the Property is "As, Is, Where Is" pursuant to 11 U.S.C. § 363(b), with no warranties of any kind, subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes.

4. The property is sold subject to the first mortgage, note and lien held by Fannie Mae. The sale shall not alter Fannie Mae's in rem relief from stay granted by this Court at Docket

#27. The purchaser acknowledges that it is prohibited from claiming or asserting any defenses held by the Debtor. The purchaser is prohibited from defending against or asserting counterclaims in any foreclosure action of the subject property.

5. The sale of the Property was negotiated in good faith and based on the principles of best business judgment. The Purchaser is a good faith purchaser entitled to the protections of Section 363(m).

6. The Trustee has made sufficient allegations and a request in the Motion to waive the 14 day stay requirement of Bankruptcy Rule 6004(h). No objections being raised, the 14-day stay requirement of Rule 6004(h) is lifted immediately upon execution of this Order.

**DONE AND ORDERED** on ___16th_____ day of March, 2018.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Order Prepared by: Theresa M. Bender

Trustee is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) days of entry of the order.

Copies to:
UST
Debtor
Debtor's Counsel
Creditor
All other interested parties