# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| In re: DUNLAP, EDITH SPOONER | § Case No. 17-40433TLH4 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 29, 2017.  The undersigned trustee was appointed on September 29, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          2,600.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 2,580.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/14/2018 and the deadline for filing governmental claims was 03/28/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $650.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $650.00, for a total compensation of $650.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $95.67, for total expenses of $95.67.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2018         By: /s/Theresa M. Bender, Trustee
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-40433TLH4  
**Case Name:** DUNLAP, EDITH SPOONER  

**Period Ending:** 07/13/18

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 09/29/17 (f)  
**§341(a) Meeting Date:** 11/06/17  
**Claims Bar Date:** 02/14/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1245 Groveland Hills Drive, Tallahassee, FL 3231  Imported from original petition Doc# 1 | 245,000.00 | 0.00 | | 2,500.00 | FA |
| 2  Checking: Bank of America  Imported from original petition Doc# 1 | 3,229.00 | 150.66 | | 0.00 | FA |
| 3  Checking Account: Bank of America This account w  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4  Savings Account - roundup: Bank of America This  Imported from original petition Doc# 1 | 104.22 | 104.22 | | 0.00 | FA |
| 5  Checking: Capital City Bank  Imported from original petition Doc# 1 | 60.00 | 60.00 | | 0.00 | FA |
| 6  Household Goods & Furnishings - Exempt  Imported from original petition Doc# 1 | 3,141.00 | 0.00 | | 0.00 | FA |
| 7  Household Goods & Furnishings - Non-exempt  Imported from original petition Doc# 1 | 9,185.00 | 9,185.00 | | 0.00 | FA |
| 8  Electronics  Imported from original petition Doc# 1 | 671.00 | 0.00 | | 0.00 | FA |
| 9  Spode BRIDAL ROSE China, No GoldTrim - 6 setting  Imported from original petition Doc# 1 | 540.00 | 0.00 | | 0.00 | FA |
| 10  Used Women's Clothing, including a SAGA fur jack  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 11  Dinner Ring; costume jewelry  Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 12  Genworth Life Term Life Insurance Policy valued  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 13  Homeowners Insurance through USAA Homeowners: Mo  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 14  Term Life Insurance through employer. Non-transf  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 15  401 (k): Invest Trust  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 16  Pension: State of Florida Retirement System Defi | Unknown | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-40433TLH4
**Case Name:** DUNLAP, EDITH SPOONER

**Period Ending:** 07/13/18

**Trustee:** (290820) Theresa M. Bender, Trustee
**Filed (f) or Converted (c):** 09/29/17 (f)
**§341(a) Meeting Date:** 11/06/17
**Claims Bar Date:** 02/14/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 1 |  |  |  |  |  |
| 17 | 2017 Buick Encore, 2032 miles, VIN: KL4CJASB8HB0 Imported from original petition Doc# 1 | 22,222.00 | 0.00 |  | 0.00 | FA |
| 18 | 1984 Mercedes Benz 300 SD, 200000 miles, VIN: WD Imported from original petition Doc# 1-junk | 200.00 | 200.00 |  | 100.00 | FA |
| 18 | **Assets Totals** (Excluding unknown values) | **$284,854.22** | **$9,699.88** |  | **$2,600.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR

**Initial Projected Date Of Final Report (TFR):** October 30, 2018     **Current Projected Date Of Final Report (TFR):** July 13, 2018 (Actual)

_____
July 13, 2018
Date

_____
/s/ Theresa M. Bender, Trustee
Theresa M. Bender, Trustee

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-40433TLH4 | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | DUNLAP, EDITH SPOONER | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***6963 | | Blanket Bond: | $7,710,000.00 (per case limit) |
| Period Ending: | 07/13/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/27/18 | {1} | CDC CAPITAL INVESTMENTS LLC | PAYMENT PURSUANT TO DOCKET NO. 33 | 1110-000 | 2,500.00 | | 2,500.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,490.00 |
| 04/05/18 | {18} | PHIPPS, JOHN T | PAYMENT PURSUANT TO DOCKET NO. 35 | 1129-000 | 100.00 | | 2,590.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,580.00 |
| | | | ACCOUNT TOTALS | | 2,600.00 | 20.00 | $2,580.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 2,600.00 | 20.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,600.00 | $20.00 | |

Net Receipts : 2,600.00

Net Estate : $2,600.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2466 | 2,600.00 | 20.00 | 2,580.00 |
| | $2,600.00 | $20.00 | $2,580.00 |

{} Asset reference(s)

Printed: 07/13/2018 10:31 AM    V.14.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2018

**Case Number:** 17-40433TLH4  
**Debtor Name:** DUNLAP, EDITH SPOONER

Page: 1

**Date:** July 13, 2018  
**Time:** 10:32:10 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Theresa M. Bender, Trustee<br>Post Office Box 14557<br>Tallahassee, FL 32317 | Admin Ch. 7 | | $650.00 | $0.00 | 650.00 |
| 200 | Theresa M. Bender, Trustee<br>Post Office Box 14557<br>Tallahassee, FL 32317 | Admin Ch. 7 | | $95.67 | $0.00 | 95.67 |
| 2P 570 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | P.O. Box 7346<br>Philadelphia, PA 191017346<br>-----------------------------------------------------------------------------* * *<br><br>-----------------------------------------------------------------------<br>05/16/2018 04:02:22 PM Schedule E Amount $11,356.00 imported by THERESA<br>Schedule E Owner Type: H | $8,694.09 | $0.00 | 8,694.09 |
| 1 100 | Doris Maloy, Leon County Tax Collector<br>Attn: Tax Administration Department<br>Post Office Box 1835<br>Tallahassee, FL 32302-1835 | Secured | Attn: Tax Administration Department<br>Post Office Box 1835<br>Tallahassee, FL 323021835<br>-----------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 5 100 | Americredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Secured | 1848<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096<br>-----------------------------------------------------------------------------* * *<br><br>-----------------------------------------------------------------------<br>05/16/2018 04:02:22 PM Schedule D Amount $25,170.00 imported by THERESA<br>Schedule D Owner Type: H<br>Schedule D Description:<br>04/24/2017<br>2017 Buick Encore 2032 miles VIN: KL4CJASB8HB010204<br>Value $22,222.00 | $0.00 | $0.00 | 0.00 |
| 3 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 1917<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 430543025<br>-----------------------------------------------------------------------------* * *<br><br>-----------------------------------------------------------------------<br>05/16/2018 04:02:22 PM Schedule F Amount $3,345.00 imported by THERESA<br>Schedule F Owner Type: H | $3,384.68 | $0.00 | 3,384.68 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2018

**Case Number:** 17-40433TLH4  
**Debtor Name:** DUNLAP, EDITH SPOONER

Page: 2

**Date:** July 13, 2018  
**Time:** 10:32:10 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 610 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 1633<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 193550701<br>----------------------------------------------------------------------------\* \* \*<br><br>----------------------------------------------------------------------------<br>05/16/2018 04:02:22 PM Schedule F Amount $4,771.00 imported by THERESA<br>Schedule F Owner Type: H | $4,194.00 | $0.00 | 4,194.00 |
| 2U 630 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | P.O. Box 7346<br>Philadelphia, PA 191017346<br>----------------------------------------------------------------------------\* \* \* | $553.26 | $0.00 | 553.26 |
| **<< Totals >>** | | | | 17,571.70 | 0.00 | 17,571.70 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-40433TLH4
Case Name: DUNLAP, EDITH SPOONER
Trustee Name: Theresa M. Bender, Trustee

**Balance on hand:** $ 2,580.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Doris Maloy, Leon County Tax Collector | 3,026.95 | 0.00 | 0.00 | 0.00 |
| 5 | Americredit Financial Services, Inc. | 24,741.15 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,580.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Theresa M. Bender, Trustee | 650.00 | 0.00 | 650.00 |
| Trustee, Expenses - Theresa M. Bender, Trustee | 95.67 | 0.00 | 95.67 |

Total to be paid for chapter 7 administration expenses: $ 745.67
Remaining balance: $ 1,834.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,834.33

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,694.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Internal Revenue Service | 8,694.09 | 0.00 | 1,834.33 |
| | Total to be paid for priority claims: | | $ | 1,834.33 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,578.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Discover Bank | 3,384.68 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB | 4,194.00 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 553.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | Internal Revenue Service | 553.26 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**